IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

NICHOLAS J. HOUSE,

     Plaintiff,

v.

DR. K. HAMMEL, et al.

     Defendants.

ORDER

Case No.  25-cv-1007-wmc

---

NICHOLAS J. HOUSE and KEITH WHITE,

     Plaintiffs,

v.

LAWRENCE KRAUSS, et al.

     Defendants.

ORDER

Case No. 25-cv-1008-wmc

---

Plaintiff Nicholas J. House has filed two proposed civil complaints and has requested leave to proceed without prepaying the filing fee.  To evaluate plaintiff's request to proceed without prepayment, I must review a certified copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint.  28 U.S.C. § 1915(a)(2).

For the cases to proceed, plaintiff must submit a certified trust fund account statement no later than December 30, 2025.  If I find that plaintiff is indigent, I will calculate an initial partial payment of the filing fee that plaintiff must pay before the court can screen the complaint on the merits under 28 U.S.C. § 1915(e)(2).  Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

ORDER

IT IS ORDERED that plaintiff Nicholas J. House may have until December 30, 2025 to submit a certified trust fund account statement for the period beginning approximately June 8, 2025 and ending approximately December 8, 2025.  If plaintiff fails to respond to this order by December 30, 2025, then I will assume that plaintiff wishes to withdraw these actions voluntarily.  In that event, the cases will be dismissed without prejudice to plaintiff refiling at a later date.


Entered this 9th day of December, 2025.

BY THE COURT:


/s/
ANDREW R. WISEMAN
United States Magistrate Judge