IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

NICHOLAS J. HOUSE,

    Plaintiff,

v.

DR. K. HAMMEL, et al.

    Defendants.

ORDER

Case No. 25-cv-1007-wmc

---

NICHOLAS J. HOUSE and KEITH WHITE,

    Plaintiff,

v.

LAWRENCE KRAUSS, et al.

    Defendants.

ORDER

Case No. 25-cv-1008-wmc

---

NICHOLAS J. HOUSE and KEITH WHITE,

    Plaintiff,

v.

CHASE NOTTESTAD, et al.

    Defendants.

ORDER

Case No. 25-cv-1032-wmc

---

On December 9, 2025, plaintiff Nicholas J. House was ordered to submit a certified trust fund account statement for the six-month period immediately preceding the filing of the compliant so that I could determine if plaintiff qualifies for indigent status and, if so, assess an initial partial payment of the $350 filing fees for these cases. A decision regarding plaintiff's

1

indigency cannot be made at this time because plaintiff has not submitted an inmate account statement that covers the six-month period immediately preceding the filing of the complaints.

Plaintiff instead submitted two jail purchase receipts. These receipts are insufficient to determine if plaintiff qualifies for indigent status. Instead, plaintiff must submit a certified trust fund account statement for the six-month period beginning approximately June 8, 2025, and ending approximately December 8, 2025. Once plaintiff has submitted the required statement, then I will calculate the initial partial payments and advise plaintiff of the amount due.

## ORDER

IT IS ORDERED that plaintiff Nicholas J. House may have an enlargement of time until February 20, 2026 to submit a certified trust fund account statement for the period beginning approximately June 8, 2025 and ending approximately December 8, 2025. If plaintiff fails to respond to this order by February 20, 2026, then I will assume that plaintiff wishes to withdraw these actions voluntarily. In that event, the cases will be dismissed without prejudice to plaintiff refiling at a later date.

Entered this 23rd day of January, 2026.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge